Michael L. Wilhelm #101495
Tracy E. Blair #199107
WALTER & WILHELM LAW GROUP
a Professional Corporation
205 East River Park Circle, Ste. 410
Fresno, California 93720
Telephone:     (559) 435-9800
Facsimile:     (559) 435-9868
E-mail:        mwilhelm@W2LG.com
               tblair@W2LG.com

Attorneys for: Tavie Diversified, Inc., CMA General Partnership, Inc.,
and Red Rock Ranch, Inc.

DAVID J. COOPER, State Bar No. CBN 47615
CONNIE M. PARKER, State Bar No. CBN 254484
KLEIN, DeNATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:   dcooper@kleinlaw.com; cparker@kleinlaw.com

Attorneys for The Pictsweet Company

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TAVIE DIVERSIFIED, INC. a California corporation; C.M.A., a California general partnership; and RED ROCK RANCH, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE PICTSWEET COMPANY, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:13-cv-00901-AWI-SKO<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER THEREON**<br><br>**Judge: Hon. Sheila K. Oberto, U.S. Magistrate Judge** |
| THE PICTSWEET COMPANY, a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RED ROCK RANCH, INC., a California corporation, TAVIE DIVERSIFIED, INC., a California corporation; C.M.A., a California | |

general partnership; and ROES 1 – 20, inclusive,

                    Counter-Defendants.

Plaintiffs and Counter-Defendants, Tavie Diversified, Inc., a California corporation, C.M.A., a California general partnership, and Red Rock Ranch, Inc., a California corporation, (collectively referred to as "Plaintiffs") and Defendant and Counterclaimant The Pictsweet Company, (hereinafter referred to as "Defendant"), hereby stipulate to extend the discovery deadline in the above-referenced matter from April 30, 2014 to May 23, 2014. The parties agree that additional time is needed to conduct discovery in lieu of the number of depositions to be taken and the fact that some of the depositions will be taken out of state.

The matter having come before the court by stipulation of counsel for Plaintiffs and Defendants to extend the discovery deadline and each party and their respective counsel, having consented to the form and entry of this Order,

IT IS HEREBY ORDERED that:

The discovery deadline be extended until May 23, 2014.


Dated: March 6, 2014                      WALTER & WILHELM LAW GROUP,
                                            a professional corporation


                                    By:   /s/Tracy/Blair
                                            Tracy E. Blair
                                            Attorney for Plaintiffs and Counter-Defendants
                                            Tavie Diversified Inc., CMA General Partnership,
                                            Inc., and Red Rock Ranch, Inc.

///

///

///

///

Dated: March 5, 2014                    KLEIN, DeNATALE, GOLDNER, COOPER,
                                        ROSENIEB, & KIMBALL, LLP


                                    By:   /s/Connie/Parker
                                        Connie M. Parker
                                        Attorney for Defendant and Counterclaimant
                                        The Pictsweet Company

**ORDER**

Pursuant to the parties' stipulation, the discovery deadline is extended to May 23, 2014.

IT IS SO ORDERED.

    Dated:      **March 7, 2014**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE