# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TAVIE DIVERSIFIED, INC., a California Corporation; OCTAVIA DIENER, in her capacity as TRUSTEE of the OCTAVIA DIENER LIVING TRUST, C.M.A., a California general partnership; and RED ROCK RANCH, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE PICTSWEET COMPANY, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>and related Counterclaim | Case No. 1:13-cv-00901-SKO<br><br>**STIPULATION FOR DISMISSAL; ORDER TO ADMINISTRATIVELY CLOSE CASE**<br><br>**(F.R.C.P. 41)** |

Plaintiffs/Counter-defendants Tavie Diversified, Inc., C.M.A., Octavia Diener, in her capacity as Trustee of the Octavia Diener Living Trust, and Red Rock Ranch, Inc. ("Plaintiffs") and Defendant/Counterclaimant The Pictsweet Company ("Defendant"), by their attorneys, stipulate and provide notice that this entire case settled.  The parties hereby stipulate and agree that the complaint and counterclaim be dismissed in its entirety with prejudice.

The undersigned attorneys, as representatives of each party, certify that they are authorized by the party they represent to agree to the dismissal of this action with prejudice.

IT IS SO STIPULATED.

Date:  June 24, 2014                                                     WALTER & WILHELM LAW GROUP


By:   /s/ Tracy E. Blair

|   |   |
|---|---|
|   | MICHAEL L. WILHELM<br>TRACY E. BLAIR<br>Attorneys for Plaintiffs and<br>Counterdefendants |
| Date: June 24, 2014 | KLEIN, DENATALE, GOLDNER,<br>COOPER, ROSENLIEB & KIMBALL, LLP |
| By: | /s/ Connie M. Parker<br>DAVID J. COOPER<br>CONNIE M. PARKER<br>Attorneys for Defendant and<br>Counterclaimant |

**ORDER**

Based on the Stipulation of Plaintiffs/Counter-defendants Tavie Diversified, Inc., C.M.A., Octavia Diener Living Trust, and Red Rock Ranch, Inc. and Defendant/Counterclaimant The Pictsweet Company, the complaint and counterclaim have been dismissed with prejudice. Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall administratively close this case.

IT IS SO ORDERED.

Dated:   **June 26, 2014**             **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE